FILED
2023 Dec-07  AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **LAVARICE WILSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:22-cv-00004-AMM-NAD |
| **DENISE HASTY,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

After screening plaintiff Lavarice Wilson's final amended complaint, Doc. 38, as required by 28 U.S.C. § 1915A(b), the magistrate judge entered a report on November 15, 2023, recommending that the court dismiss all claims except Mr. Wilson's Fourth Amendment claims for false arrest/imprisonment and malicious prosecution against defendant Gordo Police Officer Austin Moss in his individual capacity. Doc. 43. The magistrate judge further recommended that the court refer the remaining claims to him for further proceedings. *Id.* at 20. Although the magistrate judge advised Mr. Wilson of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **ORDERS**

that Mr. Wilson's claims against defendants District Judge Lance Bailey, Jail Administrator Denise Hasty, Correctional Officer K. Straka, and jail employee D. Williams are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

The court **FURTHER ORDERS** that Mr. Wilson's official capacity claims and his claim for a *Miranda* violation against defendant Moss are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

The court **REFERS** the remaining Fourth Amendment claims for false arrest/imprisonment and malicious prosecution, against defendant Moss in his individual capacity, to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 7th day of December, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE