# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **LAVARICE WILSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:22-cv-00004-AMM-NAD |
| **AUSTIN MOSS,** | ) |
| **Defendant.** | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation on September 30, 2024, recommending the amended motion for summary judgment filed by defendant Austin Moss, Doc. 55, be granted. Doc. 62. The magistrate judge notified plaintiff Lavarice Wilson of his right to file objections to the report and recommendation within fourteen days, *id.* at 18–19, but that time has expired without any objections having been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report, and **ACCEPTS** the recommendation. The court finds that there are no genuine issues of material fact and that the defendant is entitled to judgment in his favor as a matter of law. Accordingly, the court shall **ORDER** that

defendant Austin Moss's amended motion for summary judgment, Doc. 55, be **GRANTED**.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 22nd day of October, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE